440 F.2d 784
 Samuel FUNT, Plaintiff-Appellant,
v.
CITY OF MIAMI BEACH, Defendant-Appellee.
 No. 31010.
 United States Court of Appeals, Fifth Circuit.
 April 15, 1971.
 
 Eli Breger, North Miami Beach, Fla., for plaintiff-appellant.
 Joseph A. Wanick, City Atty., Ira M. Elegant, Miami Beach, Fla., for defendant-appellee.
 Appeal from the United States District Court for the Southern District of Florida; Charles B. Fulton, Chief Judge.
 Before WISDOM, BELL, and AINSWORTH, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966